**FILED: 9/12/11**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | ) |
|         Plaintiff, | ) CASE NO. CV 11-2482  GHK (JCx) |
| vs. | ) |
| RIVERSIDE PLAZA, LLC, et al | ) **ORDER OF DISMISSAL** |
|         Defendants. | ) |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within 45 days**, to reopen the action if settlement is not consummated.   The scheduling conference presently set for September 26, 2011, is hereby **TAKEN OFF CALENDAR** and the hearing date is **VACATED.**

Dated:   9/12/11

                                                    GEORGE H. KING
                                                    United States District Judge