**FILED: 9/12/11**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>                Plaintiff,<br><br>    vs.<br><br>RIVERSIDE PLAZA, LLC, et al<br><br>                Defendants. | CASE NO. CV 11-2482  GHK (JCx)<br><br>**ORDER OF DISMISSAL** |

      The Court having been advised by counsel for the parties that the above-entitled action has been settled,

      **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within 45 days**, to reopen the action if settlement is not consummated.  The scheduling conference presently set for September 26, 2011, is hereby **TAKEN OFF CALENDAR** and the hearing date is **VACATED.**

Dated:  9/12/11

                                               GEORGE H. KING<br>                                               United States District Judge