Closed

**FILED: 10/13/11**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, | Case No. 2:11-cv-02482-GHK-JC |
| Plaintiff, | |
| v. | [~~Proposed~~] ORDER RE: JOINT STIPULATION FOR DISMISSAL |
| RIVERSIDE PLAZA, LLC, et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Riverside Plaza, LLC,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  10/13/11

_____
United States District Judge