Closed

**FILED: 10/13/11**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS KOHLER,

    Plaintiff,

v.

RIVERSIDE PLAZA, LLC, et al.,

    Defendants.

Case No. 2:11-cv-02482-GHK-JC

[~~Proposed~~] ORDER RE: JOINT STIPULATION FOR DISMISSAL

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Riverside Plaza, LLC,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:   10/13/11

_____
United States District Judge

Order re: Joint Stipulation for Dismissal

- 1 -

*Kohler v. Riverside Plaza, LLC, et al.*
Case No. 2:11-cv-02482-GHK-JC